

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-21-00023-CR**

**IN RE JOE FRANK WASHINGTON**

———————————

**Original Proceeding**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2015-1908-C1**

## MEMORANDUM OPINION

Joe Frank Washington has filed a *pro se* petition for writ of mandamus, requesting that this Court (1) order the 19th District Court of McLennan County to order the McLennan County District Attorney to release all of the discovery evidence in the underlying cause, (2) grant a change of venue, and (3) order that the law library at the unit where Washington, a prison inmate, is housed be updated. We deny Washington's petition to the extent it requests mandamus relief against the trial court. We dismiss Washington's petition for lack of jurisdiction to the extent it otherwise requests mandamus relief. *See* TEX. GOV'T CODE ANN. § 22.221.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Petition denied in part and dismissed in part
Opinion delivered and filed February 24, 2021
Do not publish
[OT06]

